Kyle Kubisch (State Bar No. 203981)
LAW OFFICES OF KYLE KUBISCH
18101 Von Karman, Suite 330
Irvine, CA 92612-0146
Telephone: 949-225-4475
Facsimile: 949-225-4476
Attorneys for Defendants
STEVEN SEARS, MIKE SEARS HAL SEARS,
GLADYS BAZAN, YVONNE TRAN, AASE SEARS,
BANNING HOLDINGS, LLC and specially appearing
Defendant TRUMAN ASSOCIATES, LLC

JS-6

ASLAM M. SHAW
10442 Barbara Anne Street
Cypress, CA 90630
In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ASLAM M. SHAW,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN SEARS, ET AL.<br><br>Defendants. | CASE NO. SACV 07-01361 JVS (ANx)<br><br>Assigned for All Purposes to Honorable James V. Selna<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: November 19, 2007 |

COMES NOW the parties, plaintiff Aslam M. Shaw ("plaintiff") and defendants Steven Sears, Mike Sears Hal Sears, Gladys Bazan, Yvonne Tran, Aase Sears, Banning Holdings, LLC and Specially Appearing Defendant Truman Associates, LLC ("defendants") and hereby jointly stipulate to the voluntary dismissal of the instant action and all claims asserted therein, with prejudice, subject

---

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

to the terms of the parties' January 2011 settlement agreement, with each party to bear his/her/ its own attorney fees and costs.

Dated: January 17, 2011                LAW OFFICES OF KYLE KUBISCH

                                       By: _____
                                       KYLE KUBISCH
                                       Attorneys for Defendants
                                       STEVEN SEARS, MIKE SEARS, HAL
                                       SEARS, GLADYS BAZAN, YVONNE
                                       TRAN, AASE SEARS, BANNING
                                       HOLDINGS, LLC and specially appearing
                                       Defendant TRUMAN ASSOCIATES, LLC

Dated: January 17, 2011

                                       By: _____
                                       ASLAM M. SHAW
                                       In Propria Persona

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

# [PROPOSED] ORDER

Based on the foregoing stipulation for voluntary dismissal with prejudice, the instant action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

January 18, 2011

_____
United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18101 Von Karman, Suite 330, Irvine, CA 92612.

On January 17, 2011, I served the foregoing document described as **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Aslam Shaw
10442 Barbara Anne Street
Cypress, CA 90630

___ **VIA ELECTRONIC MAIL**  I caused such document to be sent VIA ELECTRONIC MAIL to the office of the addressees at the email addresses listed above.

**X** **VIA U. S. MAIL**  I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit.

___ **VIA FACSIMILE**  I caused such document to be sent to the office of the addressee at the facsimile number listed above.

**VIA MESSENGER**  I caused such document to be **HAND DELIVERED** to the office of the addressee at the address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of January 2011, at Irvine, California.

Kyle Kubisch